IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 4:24-CR-100 |
| | ) | |
| OLEG PROKHNENKO, et al. | ) | |

### ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER

Having considered the Government's Memorandum of Law Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. 3, and Motion to Designate Classified Information Security Officer, said motion is hereby **GRANTED**. Doc. 56.

**THE COURT FINDS** that:

1. The United States has notified the Court that this case may involve classified information;

2. Federal law explicitly provides that the Court must have security procedures for the handling of classified information. *See* Classified Information Procedures Act ("CIPA"), Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (Statutory notes to § 9);

3. The Department of Justice Security Officer has recommended to the Court a person qualified to serve as a Classified Information Security Officer (or "CISO"); as well as several alternate CISOs; and,

4. The proposed CISO and alternates are selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice to be detailed to the court to serve in a neutral capacity.

**IT IS THEREFORE ORDERED** that pursuant to Paragraph 2 of the Revised Security Procedures established under Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant to Section 9 of the Classified Information Procedures Act, that

Daniella M. Medel, Security Specialist, is appointed as the Classified Information Security Officer in the above-captioned matter, for the protection of classified information that may ain the above-captioned matter.

**IT IS FURTHER ORDERED** Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr Kurtov, Matthew W. Mullery, Harry J. Rucker, and Winfield S. "Scooter" Slade, are appointed as alternate CISOs in the above-captioned matter.

**IT IS SO ORDERED.**

Dated this 3rd day of March, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA